UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
ECKSTEIN, SCOTT J § Case No. 11-18111
ECKSTEIN, JACQUELINE §
 §
 §
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Peter N. Metrou, Trustee_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-18111   BWB   Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ECKSTEIN, SCOTT J | Date Filed (f) or Converted (c): | 04/28/11 (f) |
| | ECKSTEIN, JACQUELINE | 341(a) Meeting Date: | 06/13/11 |
| For Period Ending: | 09/25/14 | Claims Bar Date: | 09/09/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 21-13 Forest Hill Drive, Lanark, IL 61046 50% | 205,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS/COLLECTIBLES | 50.00 | 0.00 | | 0.00 | FA |
| 5. necessary wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. wedding rings, costume jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 7. Life Insurance - Prudential Insucane Co of Ameri | 0.00 | 0.00 | | 0.00 | FA |
| 8. AMA Design and Build, Inc. 50% shareholder | 0.00 | 0.00 | | 0.00 | FA |
| 9. Breach of Contract - Brian Ollech | 15,000.00 | 0.00 | | 0.00 | FA |
| 10. Breach of Contract - Christine Krammer | 7,500.00 | 0.00 | | 0.00 | FA |
| 11. Breach of Contract - Daryl Paine | 13,500.00 | 0.00 | | 0.00 | FA |
| 12. Personal Injury - First Hospitality Group I | Unknown | 0.00 | | 125,000.00 | FA |
| 13. 2008 Freedom 16000 Trailer, VIN 4YDT281298643924 | 10,000.00 | 0.00 | | 0.00 | FA |
| 14. BOATS AND ACCESSORIES | 5,000.00 | 0.00 | | 0.00 | FA |
| 15. 2007 SATURN | 8,000.00 | 0.00 | | 0.00 | FA |
| 16. FAMILY EXPENSE ACT CLAIM | Unknown | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $268,050.00 | $0.00 | | $125,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PI case pending - Per former trustee-.Status rec'd by e-mail 10-2-13; status due 1-21-14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 11-18111   BWB   Judge: BRUCE W. BLACK | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: | ECKSTEIN, SCOTT J | Date Filed (f) or Converted (c): 04/28/11 (f) |
| | ECKSTEIN, JACQUELINE | 341(a) Meeting Date: 06/13/11 |
| | | Claims Bar Date: 09/09/11 |

Initial Projected Date of Final Report (TFR): 09/30/12     Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-18111 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | ECKSTEIN, SCOTT J | | Bank Name: | Associated Bank |
| | ECKSTEIN, JACQUELINE | | Account Number / CD #: | *******5058  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7446 | | | |
| For Period Ending: | 09/25/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/21/14 | 12 | Fireman's Fund Insurance Co. | PI SETTLEMENT | 1142-000 | 48,060.28 | | 48,060.28 |
| | | Insured: First Hospitality Group, Inc. | | | | | |
| | | 33 West Monroe Street, Suite 1400 | | | | | |
| | | Chicago, IL 60606-6400 | | | | | |
| 05/21/14 | 12 | Fireman's Fund Insurance Co. | PI SETTLEMENT | 1142-000 | 76,939.72 | | 125,000.00 |
| | | Insured: First Hospitality Group, Inc. | | | | | |
| | | 33 West Monroe Street, SUite 1400 | | | | | |
| | | Chicago, IL 60606-6400 | | | | | |
| 05/29/14 | 005001 | RICHARD L. PULLANO | SPECL CSL FEES & COSTS | | | 48,485.70 | 76,514.30 |
| | | PULLANO & KARNEZIS PC | PER 5-9-14 O/C | | | | |
| | | 100 W. MONROE, STE 1900 | | | | | |
| | | CHICAGO, IL 60603 | | | | | |
| | | | Fees            41,666.66 | 3210-000 | | | |
| | | | Expenses        6,819.04 | 3220-000 | | | |
| 05/29/14 | 005002 | SCOTT J  AND JACQUELINE ECKSTEIN | PI EXEMPTION/BOTH DEBTORS | 8100-000 | | 30,000.00 | 46,514.30 |
| | | 9308 CURTIS LANE | | | | | |
| | | NAPERVILLE, IL  60564 | | | | | |
| 05/29/14 | 005003 | BLUE/CROSS BLUE /SHIELD | MED LIEN HOLDER | 4210-000 | | 12,875.55 | 33,638.75 |
| | | HEALTH CARE SERVICE CORPORATION | PER 5-9-14 O/C | | | | |
| | | 25552 NETWORK PLACE | | | | | |
| | | CHICAGO, IL 60673-1255 | | | | | |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 65.92 | 33,572.83 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 127.09 | 33,445.74 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 121.82 | 33,323.92 |

Page Subtotals         125,000.00         91,676.08

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.00a

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 11-18111 -BWB |
| Case Name: | ECKSTEIN, SCOTT J |
| | ECKSTEIN, JACQUELINE |
| Taxpayer ID No: | *******7446 |
| For Period Ending: | 09/25/14 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******5058 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 71,065,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 125,000.00 | 91,676.08 | 33,323.92 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 125,000.00 | 91,676.08 | |
| | | | Less: Payments to Debtors | | | 30,000.00 | |
| | | | Net | | 125,000.00 | 61,676.08 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account (Non-Interest Earn - ********5058 | | 125,000.00 | 61,676.08 | 33,323.92 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 125,000.00 | 61,676.08 | 33,323.92 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

ANALYSIS OF CLAIMS REGISTER
EX C

CASE NO:              11-18111-BWB
CASE NAME:            ECKSTEIN, SCOTT J
CLAIMS BAR DATE:      09/09/11
CLAIMS REVIEWED BY:   Peter N. Metrou, Trustee

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Peter N. Metrou, Trustee<br>123 W. Washington Street<br>Suite 216<br>Oswego, IL 60543 | Administrative | | 0.00 | 8,000.00 | 8,000.00 |
| | Peter N. Metrou, Trustee<br>123 W. Washington Street<br>Suite 216<br>Oswego, IL 60543 | Administrative | | 0.00 | 238.41 | 238.41 |
| | | Subtotal for Class Administrative | | 0.00 | 8,238.41 | 8,238.41 |
| 000022<br>040<br>5300-00<br>Wages -<br>507(a)(3) | Patrick Mulligan<br>400 E. Rennesoy Dr<br>Newark, IL 60541 | Priority | | 0.00 | 7,246.98 | 7,246.98 |
| | | Subtotal for Class Priority | | 0.00 | 7,246.98 | 7,246.98 |
| 000001<br>070<br>7100-00<br>General<br>Unsecured<br>726(a)(2) | Harris N.A.<br>c/o Fred R. Harbecke<br>29 S. LaSalle, Suite 945<br>Chicago, IL 60603 | Unsecured | (1-1) judgment | 0.00 | 2,258,444.85 | 2,258,444.85 |
| 000002<br>070<br>7100-00<br>General<br>Unsecured<br>726(a)(2) | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | 0.00 | 11,041.48 | 11,041.48 |
| 000003<br>070<br>7100-00<br>General<br>Unsecured<br>726(a)(2) | B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | 0.00 | 11,322.83 | 11,322.83 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 000004 070 7100-00 General Unsecured 726(a)(2) | Discover Bank DB Servicing Corporation PO Box 3025 New Albany OH 43054-3025 | Unsecured | | 0.00 | 13,250.14 | 13,250.14 |
| 000005 070 7100-00 General Unsecured 726(a)(2) | FIA CARD SERVICES, N.A. Bank of America and MBNA America Bank PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | (5-1) Modified on 8/19/11 to correct creditor's name MM | 0.00 | 18,221.34 | 18,221.34 |
| 000006 070 7100-00 General Unsecured 726(a)(2) | FIA CARD SERVICES, N.A. Bank of America and MBNA America Bank PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | | 0.00 | 33,261.29 | 33,261.29 |
| 000007 070 7100-00 General Unsecured 726(a)(2) | Tribecca Marble & Granite 16114 S. Rte 59 Plainfield, IL 60586-2968 | Unsecured | Claim amendment to GUC filed 8-11-14 | 0.00 | 36,800.00 | 36,800.00 |
| 000008 070 7100-00 General Unsecured 726(a)(2) | Alexander Lumber Co. Teller, Levit & Silvertrust, PC 11 E Adams St., 800 Chicago, IL 60603 | Unsecured | (8-1) Modified on 8/26/11 to correct creditors address. | 0.00 | 16,972.45 | 16,972.45 |
| 000009 070 7100-00 General Unsecured 726(a)(2) | Evergreen Oak Electric 13400 S. Cicero Crestwood, IL | Unsecured | | 0.00 | 656.14 | 656.14 |
| 000010 070 7100-00 General Unsecured 726(a)(2) | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | 0.00 | 3,801.47 | 3,801.47 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 000011 070 7100-00 General Unsecured 726(a)(2) | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Unsecured | | 0.00 | 13,790.01 | 13,790.01 |
| 000012 070 7100-00 General Unsecured 726(a)(2) | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Unsecured | (12-1) Bank of America, N.A. | 0.00 | 16,670.31 | 16,670.31 |
| 000013 070 7100-00 General Unsecured 726(a)(2) | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | (13-1) CREDIT CARD DEBT | 0.00 | 2,533.38 | 2,533.38 |
| 000014 070 7100-00 General Unsecured 726(a)(2) | Fifth Third Bank 1830 East Paris MD: RSCB3C Kentwood, MI 49546 | Unsecured | (14-1) arrearage in the amount of $63,320.27 Amended 8-8-14 to GUC | 0.00 | 125,219.17 | 125,219.17 |
| 000015 070 7100-00 General Unsecured 726(a)(2) | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Unsecured | (15-1) N F A/GEMB or GEMB | 0.00 | 38,841.98 | 38,841.98 |
| 000017 070 7100-00 General Unsecured 726(a)(2) | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | 0.00 | 12,670.54 | 12,670.54 |
| 000018 070 7100-00 General Unsecured 726(a)(2) | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | (18-1) CREDIT CARD DEBT | 0.00 | 62,625.48 | 62,625.48 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000019 070 7100-00 General Unsecured 726(a)(2) | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | (19-1) CREDIT CARD DEBT | 0.00 | 56,815.40 | 56,815.40 |
| 000020 070 7100-00 General Unsecured 726(a)(2) | ProBuild North, LLC Attorney Michael W Huseman 1999 W Downer Place Aurora, IL 60506 | Unsecured | (20-1) Modified on 10/26/11 to correct creditors address. Claim amended 7-9-14 to GUC | 0.00 | 20,113.95 | 20,113.95 |
| 000021 070 7100-00 General Unsecured 726(a)(2) | Browns Carpentry & Woodworking 306 Center Pkwy Yorkville, IL 60560 | Unsecured | Amendment to claim filed 7-29-14 | 0.00 | 34,825.00 | 34,825.00 |
| 000023 070 7100-00 General Unsecured 726(a)(2) | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | (23-1) CREDIT CARD DEBT | 0.00 | 42,981.49 | 42,981.49 |
| 000024 070 7100-00 General Unsecured 726(a)(2) | American InfoSource LP as agent for Asset Acceptance as assignee of Bank of America PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | | 0.00 | 15,170.11 | 15,170.11 |
| 000025 070 7100-00 General Unsecured 726(a)(2) | Ritzman Electric, Inc Michael Ritzman 2770 Jenna Circle Montgomery, IL 60538 | Unsecured | | 0.00 | 19,108.24 | 19,108.24 |
| 000026 070 7100-00 General Unsecured 726(a)(2) | Lake Carroll Association c/o Chuhak & Tecson 30 S. Wacker Dr., Ste 2600 Chicago, IL 60606 | Unsecured | Refiled claim as GUC | 0.00 | 2,192.00 | 2,192.00 |
| | | Subtotal for Class Unsecured | | 0.00 | 2,867,329.05 | 2,867,329.05 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | | Case Totals: | | 0.00 | 2,882,814.44 | 2,882,814.44 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-18111
Case Name: ECKSTEIN, SCOTT J
          ECKSTEIN, JACQUELINE
Trustee Name: Peter N. Metrou, Trustee

            Balance on hand                                              $

   Claims of secured creditors will be paid as follows:

NONE

   Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ | $ | $ |
| Trustee Expenses: Peter N. Metrou, Trustee | $ | $ | $ |

   Total to be paid for chapter 7 administrative expenses         $_____
   Remaining Balance                                              $_____

   Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

   Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000022 | Patrick Mulligan | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |

Total to be paid to priority creditors　　　　　　　　　　$_____

Remaining Balance　　　　　　　　　　　　　　　　　　$_____

　　　The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

　　　Timely claims of general (unsecured) creditors totaling $　　　　　have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be　　　percent, plus interest (if applicable).

　　　Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Harris N.A. | $ | $ | $ |
| 000002 | Atlas Acquisitions LLC | $ | $ | $ |
| 000003 | B-Line, LLC | $ | $ | $ |
| 000004 | Discover Bank | $ | $ | $ |
| 000005 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000006 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000007 | Tribecca Marble & Granite | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Alexander Lumber Co. | $ | $ | $ |
| 000009 | Evergreen Oak Electric | $ | $ | $ |
| 000010 | Chase Bank USA, N.A. | $ | $ | $ |
| 000011 | Midland Credit Management, Inc. | $ | $ | $ |
| 000012 | Midland Funding LLC | $ | $ | $ |
| 000013 | American Express Centurion Bank | $ | $ | $ |
| 000014 | Fifth Third Bank | $ | $ | $ |
| 000015 | Midland Funding LLC | $ | $ | $ |
| 000017 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000018 | American Express Bank, FSB | $ | $ | $ |
| 000019 | American Express Bank, FSB | $ | $ | $ |
| 000020 | ProBuild North, LLC | $ | $ | $ |
| 000021 | Browns Carpentry & Woodworking | $ | $ | $ |
| 000023 | American Express Centurion Bank | $ | $ | $ |
| 000024 | American InfoSource LP as agent for | $ | $ | $ |
| 000025 | Ritzman Electric, Inc | $ | $ | $ |
| 000026 | Lake Carroll Association | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance                                            $_____

  Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE