**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: §
§
ECKSTEIN, SCOTT J § Case No. 11-18111
ECKSTEIN, JACQUELINE §
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                  CLERK OF THE COURT
                  219 South Dearborn
                  Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 11/14/2014 in Courtroom ,
                  Joliet City Hall
                  150 West Jefferson, 2nd Floor
                  Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/14/2014                 By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ECKSTEIN, SCOTT J § Case No. 11-18111
ECKSTEIN, JACQUELINE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 125,000.00 |
| and approved disbursements of | $ | 91,676.08 |
| leaving a balance on hand of[1] | $ | 33,323.92 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 8,000.00 | $ 0.00 | $ 8,000.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 238.41 | $ 0.00 | $ 238.41 |

Total to be paid for chapter 7 administrative expenses    $       8,238.41
Remaining Balance                                         $      25,085.51

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 8,091.25  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000022 | Patrick Mulligan | $ 7,246.98 | $ 0.00 | $ 7,246.98 |
| AUTO | INTERNAL REVENUE SERVICE | $ 449.31 | $ 0.00 | $ 449.31 |
| AUTO | INTERNAL REVENUE SERVICE | $ 144.94 | $ 0.00 | $ 144.94 |
| AUTO | INTERNAL REVENUE SERVICE | $ 105.08 | $ 0.00 | $ 105.08 |
| AUTO | ILLINOIS DEPARTMENT OF REVENUE | $ 144.94 | $ 0.00 | $ 144.94 |

|   |   |
|---|---|
| Total to be paid to priority creditors | $ 8,091.25 |
| Remaining Balance | $ 16,994.26 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,867,329.05  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Harris N.A. | $ 2,258,444.85 | $ 0.00 | $ 13,385.49 |
| 000002 | Atlas Acquisitions LLC | $ 11,041.48 | $ 0.00 | $ 65.44 |
| 000003 | B-Line, LLC | $ 11,322.83 | $ 0.00 | $ 67.11 |
| 000004 | Discover Bank | $ 13,250.14 | $ 0.00 | $ 78.53 |
| 000005 | FIA CARD SERVICES, N.A. | $ 18,221.34 | $ 0.00 | $ 108.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | FIA CARD SERVICES, N.A. | $ 33,261.29 | $ 0.00 | $ 197.14 |
| 000007 | Tribecca Marble & Granite | $ 36,800.00 | $ 0.00 | $ 218.10 |
| 000008 | Alexander Lumber Co. | $ 16,972.45 | $ 0.00 | $ 100.59 |
| 000009 | Evergreen Oak Electric | $ 656.14 | $ 0.00 | $ 3.89 |
| 000010 | Chase Bank USA, N.A. | $ 3,801.47 | $ 0.00 | $ 22.53 |
| 000011 | Midland Credit Management, Inc. | $ 13,790.01 | $ 0.00 | $ 81.73 |
| 000012 | Midland Funding LLC | $ 16,670.31 | $ 0.00 | $ 98.80 |
| 000013 | American Express Centurion Bank | $ 2,533.38 | $ 0.00 | $ 15.02 |
| 000014 | Fifth Third Bank | $ 125,219.17 | $ 0.00 | $ 742.16 |
| 000015 | Midland Funding LLC | $ 38,841.98 | $ 0.00 | $ 230.21 |
| 000017 | Capital One Bank (USA), N.A. | $ 12,670.54 | $ 0.00 | $ 75.10 |
| 000018 | American Express Bank, FSB | $ 62,625.48 | $ 0.00 | $ 371.17 |
| 000019 | American Express Bank, FSB | $ 56,815.40 | $ 0.00 | $ 336.74 |
| 000020 | ProBuild North, LLC | $ 20,113.95 | $ 0.00 | $ 119.21 |
| 000021 | Browns Carpentry & Woodworking | $ 34,825.00 | $ 0.00 | $ 206.40 |
| 000023 | American Express Centurion Bank | $ 42,981.49 | $ 0.00 | $ 254.75 |
| 000024 | American InfoSource LP as agent for | $ 15,170.11 | $ 0.00 | $ 89.91 |
| 000025 | Ritzman Electric, Inc | $ 19,108.24 | $ 0.00 | $ 113.25 |
| 000026 | Lake Carroll Association | $ 2,192.00 | $ 0.00 | $ 12.99 |

Total to be paid to timely general unsecured creditors     $     16,994.26

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                         Case No. 11-18111-BWB
Scott J Eckstein                                               Chapter 7
Jacqueline Eckstein
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: mrahmoun              Page 1 of 4                   Date Rcvd: Oct 15, 2014
                              Form ID: pdf006             Total Noticed: 121


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2014.
db/jdb        +Scott J Eckstein,    Jacqueline Eckstein,    9308 Curtis Lane,    Naperville, IL 60564-8931
17200917      +AT&T,    444 Highway 96 East,    Saint Paul, MN 55127-2557
17200903      +Aetna Insurance,    721 E. Madison,    Ste 200,    Villa Park, IL 60181-3082
17200904      +Alexander Lumber,    100 Barney Dr,    Joliet, IL 60435-6499
17200905      +Alexander Lumber Co.,    Teller, Levit & Silvertrust, PC,     11 E Adams St., 800,
                Chicago, IL 60603-6324
17200907       Allied Interstate,    12655 N. Central Exchange,    Dallas, TX 75243
17200910       American Express,    Box 0001,    Los Angeles, CA 90096-0001
17200909      +American Express,    PO Boix 0001,    Los Angeles, CA 90096-8000
17947150       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17781645       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17200913       American Express Travel Related,    200 Vesey St,    44th Floor,    New York, NY 10285-3820
17200915       Ashwood park Association,    4545 Chinaberry,    Naperville, IL 60564
17682592     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,     Bank of America and MBNA America Bank,
                PO Box 15102,    Wilmington, DE 19886-5102)
17200931      +BP,   PO Box 9033,    Carlsbad, CA 92018-9033
17200924      +Bank of America,    PO Box 15710,    Wilmington, DE 19886-5710
17200923      +Bank of America,    PO Box,   Wilmington, DE 19886-0001
17200929       Bank of the West,    PO Box 5172,    San Ramon, CA 94583-5172
17200930      +Blitt & Gaines PC,    661 Glenn Ave,    Wheeling, IL 60090-6017
17200932      +Browns Carpentry & Woodworking,     306 Center Pkwy,    Yorkville, IL 60560-1012
17201010     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Home Depot,     PO Box 6029,   The Lakes, NV 88901-6029)
17200933      +Capital One,    po Box 6492,    Carol Stream, IL 60197-6492
17200934      +Capital One,    POBox 30273,    Salt Lake City, UT 84130-0273
17934086       Capital One Bank (USA), N.A.,     by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
17200935      +Carsons HSBC Retail Service,     PO Box 5244,   Carol Stream, IL 60197-5244
17200937      +Chase,    PO Box 15153,   Wilmington, DE 19886-5153
17721254       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17200940      +Chuck and Dottie Starnes,     2913 W Donatello Dr,    Phoenix, AZ 85086-2259
17200942      +CitiMortgage, Inc.,    c/o Cordilis & Associates,,    15W030 N. Frontage Road, Ste 100,
                Burr Ridge, IL 60527-6921
17200941       Citibank,    Box 6000,   The Lakes, NV 89163-6000
17200943      +City of Naperville,    400 S. Eagle Street,    Naperville, IL 60540-5278
17200946      +Creative Millwork,    3700 Illinois Ave,    Saint Charles, IL 60174-2421
17200947       Crowley Barrett & Karaba,     20 S. Clark Street,    Ste 2310,    Chicago, IL 60603-1806
17200950     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,     PO Box 5275,
                Carol Stream, IL 60197-5275)
17200949       Dan Walters,    15w030N Frontage Rd Ste 100,    Burr Ridge, IL 60527
17200952      +Dr. Whitney,    2712 Forgue Drive,    Ste 100,   Naperville, IL 60564-4230
17200953      +Dreyer Foote Streit,    1999 W Downer Place,    Aurora, IL 60506-4777
17200954      +DuPage Design & Construciton,     9308 Curtis,    Naperville, IL 60564-8931
17200956      +DuPage Design & Construction,     9308 Curtis,    Naperville, IL 60564-8931
17200955      +DuPage Design & Construction,     9308 Curtis LN,    Naperville, IL 60564-8931
17200958      +DuPage Desing & Construction,     9308 Curtis Ln,    Naperville, IL 60564-8931
17200992      +DuPage Medical Group,    15921 Collections Center Dr,    Chicago, IL 60693-0159
17200991      +DuPage Medical Group,    1100 West 31st Street,     Ste 400,    Downers Grove, IL 60515-5513
17200994      +Encore Receiveable Management,     PO Box 3330,    Olathe, KS 66063-3330
17200995     #+Evergreen Oak Electric,    13400 S. Cicero,    Crestwood, IL 60445-1430
17200996      +FCA,    2852 W. Ogden Ave,    Naperville, IL 60540-0970
17200997      +FE Wheaton,    3140 S. Peoria St,    Ste 119,   Aurora, CO 80014-3178
17201000       FIA Card Services,    PO Box 15726,    Wilmington, DE 19886-5726
17200998       FedEx/American Bureau of Collection,     Memphis, TN 38116
17200999      +Ferrellgas,    One Liberty Place,    Liberty, MO 64068-2971
17788832      +Fifth Third Bank,    1830 East Paris,    MD: RSCB3C,   Kentwood, MI 49546-6253
17201001       Fifth Third Bank,    PO Box 630337,    Cincinnati, OH 45263-0037
17201004       First Data,    PO Box 5180,    Simi Valley, CA 93062-5180
17201005      +Fred R. Harbecke,    29 S. LaSalle Street, 945,     Chicago, IL 60603-1526
17201008     ++HARRIS NA,    3800 GOLF RD SUITE 300,    ROLLING MEADOWS IL 60008-4037
              (address filed with court: Harris NA,     111 W Monroe Street,    Chicago, IL 60603)
17201007      +Harleysville Insurance Co.,     PO Box 9801,   Baltimore, MD 21284-9801
17301564      +Harris N.A.,    c/o Fred R. Harbecke,    29 S. LaSalle, Suite 945,    Chicago, IL 60603-1526
17201009      +Heartland Cabinet Supply,     5002 Rickert Road,    Crystal Lake, IL 60014-7304
17201011      +Hughs Enterprise,    300 W. North Ave,    Lombard, IL 60148-1255
17201015      +Illinois Attorney Generals Office,     100 West Randolph St,    Chicago, IL 60601-3218
17201016      +Jacqueline Eckstein,    26125 Oakcrest Lane,    Plainfield, IL 60585-2543
17201017      +James Eckstein,    26125 Oakcrest Lane,    Plainfield, IL 60585-2543
17201018      +James Stevens & Danie,    1283 College Pard Dr,    Dover, DE 19904-8713
17201019      +Kevin Possen,    11 E. Adam St Ste 800,    Chicago, IL 60603-6324
```

```
District/off: 0752-1           User: mrahmoun              Page 2 of 4                   Date Rcvd: Oct 15, 2014
                               Form ID: pdf006             Total Noticed: 121


17201020     +Lake Carroll Association,   c/o Chuhak & Tecson,    30 S Wacker Dr Ste 2600,
               Chicago, IL 60606-7512
17201021      Lake Carroll Association,   30200 Association Dr,    Lanark, IL 61046
17201022     +Libety Mutual - Horton Group,    10320 Orland pky,    Orland Park, IL 60467-5658
17201023     +Lowes,   400 N. Rogers Rd,    Olathe, KS 66062-1212
17201024     +Markoff & Krasny,   29 N. Wacker Drive,    #550,   Chicago, IL 60606-2851
17201025     +Menards,   PO Box 5219,    Carol Stream, IL 60197-5219
17201026    #+Meyer & Njus PA,    134 N. LaSalle Street,    Ste 1840,   Chicago, IL 60602-1100
17201027     +Michael Hussman,    Dreyer Foote Street,    1999 W Downer Place,   Aurora, IL 60506-4776
17201028     +Mirkof & Krasny,   29 N Wacker Drie,    #500,   Chicago, IL 60606-3227
17201029      NES,   2915 Solon,    Solon, OH 44139
17201034     +Northwestern Mutual Insurance,    PO Box 3009,   Milwaukee, WI 53201-3009
17201036     +OHCMC, LLC,    7S251 Olesen Drive,    Naperville, IL 60540-6909
17201035     +Office Depot,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
17201037     +Patrick Mulligan,    400 E. Rennesoy Dr,   Newark, IL 60541-9006
17201038     +Pearl City Elevator Inc,    PO Box 248,   Pearl City, IL 61062-0248
17201039     +Pro Consution,   PO Box 66768,   Houston, TX 77266-6768
17201041     +ProBuild North, LLC,    Attorney Michael W Huseman,    1999 W Downer Place,
               Aurora, IL 60506-4776
17201042     +Prudential Financial,    PO Box 15726,   Wilmington, DE 19886-0001
17201043     +Pueblo Bonito Emerald Bay,    PO Box 150,   Scottsdale, AZ 85252-0106
17201044     +RCA,   PO Box 1247,    Northbrook, IL 60065-1247
17201046      RMS,   4836 Brecksvill,    Windham, OH 44288
17201045     +Richard C. Jones, Jr.,    77 W. Washington Street,    Chicago, IL 60602-2903
18033109     +Ritzman Electric, Inc,    Michael Ritzman,   2770 Jenna Circle,    Montgomery, IL 60538-4000
17201048    #+Ruff Weidenaar & Reidy,    222 N. LaSalle Street,    Suite 700,   Chicago, IL 60601-1024
17201049      Service Batavia Can,    PO Box 1593,   Aurora, IL 60507-1593
17201054     +State of IL - Dept of Labor,    160 N LaSalle St,    Suite C-1300,   Chicago, IL 60601-3114
17201055      Suburban Chicago Newspapers,    3101 Rte 30,    Plainfield, IL 60544
17201057      Tribecca Marble & Granite,    16114 S. Rte 59,    Plainfield, IL 60586-2968
17201058     +US Recycling & Disposal LLC,    12152 S. Naperville Plainfield Rd,    Plainfield, IL 60585-9597
17201059     +Vengroff Williams,    PO Box 4155,   Sarasota, FL 34230-4155
17201061     +Waste Management,    2625 W. Grandview Rd,    Phoenix, AZ 85023-3109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17200920     +E-mail/Text: g20956@att.com Oct 16 2014 01:16:34     AT&T,   PO Box 6463,
               Carol Stream, IL 60197-6463
17200918      E-mail/Text: g17768@att.com Oct 16 2014 01:15:16     AT&T,   PO Box 8100,
               Aurora, IL 60507-8100
18017394      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 16 2014 01:21:13
               American InfoSource LP as agent for,    Asset Acceptance as assignee of,    Bank of America,
               PO Box 248838,    Oklahoma City, OK  73124-8838
17200916      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 16 2014 01:15:42     Asset Acceptance LLC,
               PO Box 2036,   Warren, MI 48090-2036
17200921     +E-mail/Text: sofie.skalicky@atipt.com Oct 16 2014 01:15:29     Athletic & Therapeutic Inst,
               790 Remington Blvd.,   Bolingbrook, IL 60440-4909
17342321     +E-mail/Text: bnc@atlasacq.com Oct 16 2014 01:15:17     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
17662013      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 16 2014 01:19:59     B-Line, LLC,
               MS 550,   PO Box 91121,   Seattle, WA 98111-9221
17736728      E-mail/PDF: rmscedi@recoverycorp.com Oct 16 2014 01:21:33     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
17200936     +E-mail/Text: bk.notifications@jpmchase.com Oct 16 2014 01:15:31     Chase,   po box 9001083,
               Louisville, KY 40290-1083
17200945      E-mail/Text: legalcollections@comed.com Oct 16 2014 01:16:36     ComEd,   PO Box 6111,
               Carol Stream, IL 60197-6111
17200951      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 16 2014 01:20:23     Discover Bank,
               PO Box 30943,   Salt Lake City, UT 84130
17676792      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 16 2014 01:20:23     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,    New Albany OH  43054-3025
17200993     +E-mail/Text: bankruptcy@edward.org Oct 16 2014 01:16:19     Edwards Hospital,   PO Box 4207,
               Carol Stream, IL 60197-4207
17788832     +E-mail/Text: collectionbankruptcies.bancorp@53.com Oct 16 2014 01:16:35     Fifth Third Bank,
               1830 East Paris,   MD: RSCB3C,   Kentwood, MI 49546-6253
17902782      E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2014 01:19:56     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17201006     +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2014 01:20:46     GE Money Bank,   PO Box 960061,
               Orlando, FL 32896-0061
17201013     +E-mail/Text: bankruptcy@icsystem.com Oct 16 2014 01:16:27     IC System,   444 Highway 96 East,
               PO Box 64437,   Saint Paul, MN 55164-0437
17201012     +E-mail/Text: bankruptcy@icsystem.com Oct 16 2014 01:16:27     IC System,   444 Highway 96 East,
               Saint Paul, MN 55127-2557
17201014     +E-mail/Text: bankruptcy@icsystem.com Oct 16 2014 01:16:27     IC System, Inc,   PO Box 64437,
               Saint Paul, MN 55164-0437
17732216     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 16 2014 01:15:44     Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
19932076      E-mail/PDF: rmscedi@recoverycorp.com Oct 16 2014 01:19:58     Midland Funding LLC,
               By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,   Miami, FL 33131-1605
17201030      E-mail/Text: bankrup@aglresources.com Oct 16 2014 01:15:10     NICOR,   PO Box 0632,
               Aurora, IL 60507-0632
```

```
District/off: 0752-1           User: mrahmoun              Page 3 of 4                  Date Rcvd: Oct 15, 2014
                               Form ID: pdf006             Total Noticed: 121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
19932077       E-mail/PDF: rmscedi@recoverycorp.com Oct 16 2014 01:21:33
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
17200908       E-mail/PDF: cbp@slfs.com Oct 16 2014 01:21:32       American Dream,   PO Box 790370,
                 Saint Louis, MO 63179-0370
17200914       E-mail/PDF: cbp@slfs.com Oct 16 2014 01:21:32       American General Financial Services,
                 PO Box 3121,    Evansville, IN 47731
17201050       E-mail/PDF: jamiep@simmassociates.com Oct 16 2014 01:19:57         Simm Associates,   PO Box 7526,
                 Newark, DE 19714-7526
17201051      +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Oct 16 2014 01:16:06
                 State Farm Insurance,    PO Box 2329,   Bloomington, IL 61702-2329
17201060      +E-mail/Text: DREED@GOPLAINFIELD.COM Oct 16 2014 01:16:42         Village of Plainfield,
                 24401 W. Lockport St,    Plainfield, IL 60544-2313
                                                                                              TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Pullano & Karnezis PC
aty             Richard L Pullano
17200919*       AT&T,   PO Box 8100,   Aurora, IL 60507-8100
17200911*       American Express,   Box 0001,   Los Angeles, CA 90096-0001
17200912*       American Express,   Box 0001,   Los Angeles, CA 90096-0001
17947151*       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18010632*       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17200925*       Bank of America,   PO Box 15710,   Wilmington, DE 19886-5710
17200926*       Bank of America,   PO Box 15710,   Wilmington, DE 19886-5710
17200927*       Bank of America,   PO Box 15710,   Wilmington, DE 19886-5710
17200928*       Bank of America,   PO Box 15710,   Wilmington, DE 19886-5710
17200938*      +Chase,   PO Box 15153,   Wilmington, DE 19886-5153
17200939*       Chase,   PO Box 15153,   Wilmington, DE 19886-5710
17200944*      +City of Naperville,   400 S. Eagle Street,   Naperville, IL 60540-5278
17200957*      +DuPage Desing & Construction,   9308 Curtis,   Naperville, IL 60564-8931
17200987*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200988*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200989*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200990*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200958*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200959*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200960*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200961*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200962*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200963*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200964*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200965*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200966*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200967*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200968*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200969*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200970*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200971*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200972*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200973*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200974*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200975*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200976*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200977*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200978*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200979*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200980*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200981*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200982*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200983*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200984*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200985*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17200986*      +DuPage Desing & Construction,   9308 Curtis Ln,   Naperville, IL 60564-8931
17201002*       Fifth Third Bank,   PO Box 630337,   Cincinnati, OH 45263-0037
17201003*       Fifth Third Bank,   PO Box 630337,   Cincinnati, OH 45263-0037
17201031*       NICOR,   PO Box 0632,   Aurora, IL 60507-0632
17201032*       NICOR,   PO Box 0632,   Aurora, IL 60507-0632
17201033*       NICOR,   PO Box 0632,   Aurora, IL 60507-0632
17201052*      +State Farm Insurance,   PO Box 2329,   Bloomington, IL 61702-2329
17201053*      +State Farm Insurance,   PO Box 2329,   Bloomington, IL 61702-2329
17200906      ##+Alliant Law Group,   2841 Junction Ave,   Ste 128,   San Jose, CA 95134-1938
17200922      ##+Baker & Miller PC,   29 N. Wacker Drive, 5th Floor,   Chicago, IL 60606-3227
17200948      ##+D&H Energy Management Co,   11410 Kreutzer Rd,   Huntley, IL 60142-8094
17201040      ##+Probuild,   204 West Wheaton,   Yorkville, IL 60560-4545
17201047      ##+Royal Savings Bank Frankfort,   19802 S. Harlem Avenue,   Frankfort, IL 60423-8861
17201056      ##+Teller Levit & Silvertrust,   11 E. Adams Street,   Ste 800,   Chicago, IL 60603-6324
17201062      ##+Zwicker & Associates,   7366 N. Licoln Ave,   suite 404,   Lincolnwood, IL 60712-1741
                                                                                TOTALS: 2, * 52, ## 7
```

```
District/off: 0752-1           User: mrahmoun              Page 4 of 4              Date Rcvd: Oct 15, 2014
                               Form ID: pdf006             Total Noticed: 121
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2014                                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2014 at the address(es) listed below:
      Amy E. Collins    on behalf of Petitioning Creditor   First ILR, LLC acollins@rieckcrotty.com
      Amy E. Collins    on behalf of Petitioning Creditor   First Hospitality Group, Inc.
       acollins@rieckcrotty.com
      Anna Stanley Kahriman    on behalf of Creditor   Fifth Third Bank ask@jtlawllc.com,
       axb@jtlawllc.com
      Fred R Harbecke    on behalf of Creditor   Harris N.A. fredrharbecke@sbcglobal.net
      John P Cooney    on behalf of Debtor Scott J Eckstein jcooney@ccvmlaw.com
      John P Cooney    on behalf of Joint Debtor Jacqueline  Eckstein jcooney@ccvmlaw.com
      Julie E Crabbe    on behalf of Creditor   Lake Carroll Association juliecrabbeesq@gmail.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
      Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
       met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
      Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
       pmetrou@ecf.epiqsystems.com
      Rachael A Stokas    on behalf of Creditor   CitiMortgage, Inc. ND-Two@il.cslegal.com
                                                                                                            TOTAL: 11