UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ECKSTEIN, SCOTT J | § | Case No. 11-18111 |
| ECKSTEIN, JACQUELINE | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 252,700.00             Assets Exempt: 45,350.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 38,064.00    Claims Discharged
                                                Without Payment: 2,850,231.85

Total Expenses of Administration: 57,038.94

3) Total gross receipts of $ 125,102.94 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,000.00 (see **Exhibit 2**), yielded net receipts of $ 95,102.94 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 14,792.55 | $ 14,792.55 | $ 12,875.55 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 57,038.94 | 57,038.94 | 57,038.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 10,819.74 | 10,819.74 | 8,091.25 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 2,867,329.05 | 2,867,329.05 | 17,097.20 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 2,949,980.28 | $ 2,949,980.28 | $ 95,102.94 |

4) This case was originally filed under chapter 7 on 04/28/2011 . The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/21/2015          By:/s/Peter N. Metrou, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury - First Hospitality Group I | 1142-000 | 125,000.00 |
| Tax Refunds | 1224-000 | 102.94 |
| **TOTAL GROSS RECEIPTS** | | **$ 125,102.94** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SCOTT J AND JACQUELINE ECKSTEIN | Exemptions | 8100-000 | 30,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 30,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016 | LAKE CARROLL ASSOCIATION | 4110-000 | NA | 1,917.00 | 1,917.00 | 0.00 |
| | BLUE/CROSS BLUE/SHIELD | 4210-000 | NA | 12,875.55 | 12,875.55 | 12,875.55 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 14,792.55** | **$ 14,792.55** | **$ 12,875.55** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | 2100-000 | NA | 8,000.00 | 8,000.00 | 8,000.00 |
| PETER N METROU | 2200-000 | NA | 238.41 | 238.41 | 238.41 |
| Associated Bank | 2600-000 | NA | 314.83 | 314.83 | 314.83 |
| PULLANO | 3210-000 | NA | 41,666.66 | 41,666.66 | 41,666.66 |
| PULLANO | 3220-000 | NA | 6,819.04 | 6,819.04 | 6,819.04 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 57,038.94 | $ 57,038.94 | $ 57,038.94 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| AUTO | ILLINOIS DEPARTMENT OF REVENUE | 5300-000 | NA | NA | 362.35 | 362.35 |
| AUTO | INTERNAL REVENUE SERVICE | 5300-000 | NA | NA | 2,366.14 | 2,366.14 |
| 000022 | PATRICK MULLIGAN | 5300-000 | NA | 7,246.98 | 7,246.98 | 4,518.49 |
|  | CLERK OF THE COURT | 5800-000 | NA | 0.00 | 144.94 | 144.94 |
| AUTO | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | NA | 0.00 | 0.00 |
| AUTO | INTERNAL REVENUE SERVICE | 5800-000 | NA | NA | 699.33 | 699.33 |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $ NA | $ 10,819.74 | $ 10,819.74 | $ 8,091.25 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | ALEXANDER LUMBER CO. | 7100-000 | NA | 16,972.45 | 16,972.45 | 101.21 |
| 000018 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 62,625.48 | 62,625.48 | 373.42 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000019 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 56,815.40 | 56,815.40 | 338.78 |
| 000013 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 2,533.38 | 2,533.38 | 15.10 |
| 000023 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 42,981.49 | 42,981.49 | 256.29 |
| 000024 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 15,170.11 | 15,170.11 | 90.46 |
| 000002 | ATLAS ACQUISITIONS LLC | 7100-000 | NA | 11,041.48 | 11,041.48 | 65.83 |
| 000003 | B-LINE, LLC | 7100-000 | NA | 11,322.83 | 11,322.83 | 67.52 |
| 000021 | BROWNS CARPENTRY & WOODWORKING | 7100-000 | NA | 34,825.00 | 34,825.00 | 207.65 |
| 000017 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 12,670.54 | 12,670.54 | 75.55 |
| 000010 | CHASE BANK USA, N.A. | 7100-000 | NA | 3,801.47 | 3,801.47 | 22.67 |
| 000004 | DISCOVER BANK | 7100-000 | NA | 13,250.14 | 13,250.14 | 79.01 |
| 000009 | EVERGREEN OAK ELECTRIC | 7100-000 | NA | 656.14 | 656.14 | 3.91 |
| 000005 | FIA CARD SERVICES, N.A. | 7100-000 | NA | 18,221.34 | 18,221.34 | 108.65 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | FIA CARD SERVICES, N.A. | 7100-000 | NA | 33,261.29 | 33,261.29 | 198.33 |
| 000014 | FIFTH THIRD BANK | 7100-000 | NA | 125,219.17 | 125,219.17 | 746.65 |
| 000001 | HARRIS N.A. | 7100-000 | NA | 2,258,444.85 | 2,258,444.85 | 13,466.56 |
| 000026 | LAKE CARROLL ASSOCIATION | 7100-000 | NA | 2,192.00 | 2,192.00 | 13.07 |
| 000011 | MIDLAND CREDIT MANAGEMENT, INC. | 7100-000 | NA | 13,790.01 | 13,790.01 | 82.23 |
| 000012 | MIDLAND FUNDING LLC | 7100-000 | NA | 16,670.31 | 16,670.31 | 99.40 |
| 000015 | MIDLAND FUNDING LLC | 7100-000 | NA | 38,841.98 | 38,841.98 | 231.61 |
| 000020 | PROBUILD NORTH, LLC | 7100-000 | NA | 20,113.95 | 20,113.95 | 119.93 |
| 000025 | RITZMAN ELECTRIC, INC | 7100-000 | NA | 19,108.24 | 19,108.24 | 113.94 |
| 000007 | TRIBECCA MARBLE & GRANITE | 7100-000 | NA | 36,800.00 | 36,800.00 | 219.43 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 2,867,329.05 | $ 2,867,329.05 | $ 17,097.20 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-18111 | BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|
| Case Name: | ECKSTEIN, SCOTT J | | | Date Filed (f) or Converted (c): | 04/28/11 (f) |
| | ECKSTEIN, JACQUELINE | | | 341(a) Meeting Date: | 06/13/11 |
| For Period Ending: | 07/21/15 | | | Claims Bar Date: | 09/09/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 21-13 Forest Hill Drive, Lanark, IL 61046 50% | 205,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS/COLLECTIBLES | 50.00 | 0.00 | | 0.00 | FA |
| 5. necessary wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. wedding rings, costume jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 7. Life Insurance - Prudential Insucane Co of Ameri | 0.00 | 0.00 | | 0.00 | FA |
| 8. AMA Design and Build, Inc. 50% shareholder | 0.00 | 0.00 | | 0.00 | FA |
| 9. Breach of Contract - Brian Ollech | 15,000.00 | 0.00 | | 0.00 | FA |
| 10. Breach of Contract - Christine Krammer | 7,500.00 | 0.00 | | 0.00 | FA |
| 11. Breach of Contract - Daryl Paine | 13,500.00 | 0.00 | | 0.00 | FA |
| 12. Personal Injury - First Hospitality Group I | Unknown | 0.00 | | 125,000.00 | FA |
| 13. 2008 Freedom 16000 Trailer, VIN 4YDT281298643924 | 10,000.00 | 0.00 | | 0.00 | FA |
| 14. BOATS AND ACCESSORIES | 5,000.00 | 0.00 | | 0.00 | FA |
| 15. 2007 SATURN | 8,000.00 | 0.00 | | 0.00 | FA |
| 16. FAMILY EXPENSE ACT CLAIM | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $268,050.00 | $0.00 | | $125,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PI case pending - Per former trustee-.Status rec'd by e-mail 10-2-13; status due 1-21-14

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 18.04

Case 11-18111   Doc 94   Filed 08/12/15   Entered 08/12/15 11:24:14   Desc Main
Document      Page 9 of 20

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-18111   BWB   Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | ECKSTEIN, SCOTT J | Date Filed (f) or Converted (c): | 04/28/11 (f) |
| | ECKSTEIN, JACQUELINE | 341(a) Meeting Date: | 06/13/11 |
| | | Claims Bar Date: | 09/09/11 |

Initial Projected Date of Final Report (TFR): 09/30/12     Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-18111 -BWB |
| Case Name: | ECKSTEIN, SCOTT J |
| | ECKSTEIN, JACQUELINE |
| Taxpayer ID No: | *******7446 |
| For Period Ending: | 07/21/15 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******5058 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/21/14 | 12 | Fireman's Fund Insurance Co. Insured: First Hospitality Group, Inc. 33 West Monroe Street, Suite 1400 Chicago, IL 60606-6400 | PI SETTLEMENT | 1142-000 | 48,060.28 | | 48,060.28 |
| 05/21/14 | 12 | Fireman's Fund Insurance Co. Insured: First Hospitality Group, Inc. 33 West Monroe Street, SUite 1400 Chicago, IL 60606-6400 | PI SETTLEMENT | 1142-000 | 76,939.72 | | 125,000.00 |
| 05/29/14 | 005001 | RICHARD L. PULLANO PULLANO & KARNEZIS PC 100 W. MONROE, STE 1900 CHICAGO, IL 60603 | SPECL CSL FEES & COSTS PER 5-9-14 O/C | | | 48,485.70 | 76,514.30 |
| | | | Fees           41,666.66 | 3210-000 | | | |
| | | | Expenses        6,819.04 | 3220-000 | | | |
| 05/29/14 | 005002 | SCOTT J AND JACQUELINE ECKSTEIN 9308 CURTIS LANE NAPERVILLE, IL 60564 | PI EXEMPTION/BOTH DEBTORS | 8100-000 | | 30,000.00 | 46,514.30 |
| 05/29/14 | 005003 | BLUE/CROSS BLUE /SHIELD HEALTH CARE SERVICE CORPORATION 25552 NETWORK PLACE CHICAGO, IL 60673-1255 | MED LIEN HOLDER PER 5-9-14 O/C | 4210-000 | | 12,875.55 | 33,638.75 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 65.92 | 33,572.83 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 127.09 | 33,445.74 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 121.82 | 33,323.92 |
| 11/20/14 | 005004 | PETER N METROU 123 W. WASHINGTON STREET SUITE 216 OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 8,238.41 | 25,085.51 |

Page Subtotals       125,000.00       99,914.49

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-18111 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | ECKSTEIN, SCOTT J | | Bank Name: | Associated Bank |
| | ECKSTEIN, JACQUELINE | | Account Number / CD #: | *******5058 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7446 | | | |
| For Period Ending: | 07/21/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees            8,000.00 | 2100-000 | | | |
| | | | Expenses          238.41 | 2200-000 | | | |
| 11/20/14 | 005005 | Patrick Mulligan<br>400 E. Rennesoy Dr<br>Newark, IL 60541 | Claim 000022, Payment 100.00000% | 5300-000 | | 4,518.49 | 20,567.02 |
| 11/20/14 | 005006 | INTERNAL REVENUE SERVICE | FICA | 5300-000 | | 449.31 | 20,117.71 |
| 11/20/14 | 005007 | INTERNAL REVENUE SERVICE | Federal W/H | 5300-000 | | 1,811.75 | 18,305.96 |
| 11/20/14 | 005008 | INTERNAL REVENUE SERVICE | Medicare | 5300-000 | | 105.08 | 18,200.88 |
| 11/20/14 | 005009 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. Box 19053<br>Chicago, IL 64338 | State W/H | 5300-000 | | 362.35 | 17,838.53 |
| * 11/20/14 | 005010 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. Box 19053<br>Chicago, IL 64338 | State Unemployemnt Tax Max | 5800-003 | | 144.94 | 17,693.59 |
| 11/20/14 | 005011 | INTERNAL REVENUE SERVICE | FICA | 5800-000 | | 449.31 | 17,244.28 |
| 11/20/14 | 005012 | INTERNAL REVENUE SERVICE | FUTA | 5800-000 | | 144.94 | 17,099.34 |
| 11/20/14 | 005013 | INTERNAL REVENUE SERVICE | Medicare | 5800-000 | | 105.08 | 16,994.26 |
| * 11/20/14 | 005014 | Harris N.A.<br>c/o Fred R. Harbecke<br>29 S. LaSalle, Suite 945<br>Chicago, IL 60603 | Claim 000001, Payment 0.59269% | 7100-004 | | 13,385.49 | 3,608.77 |
| 11/20/14 | 005015 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000002, Payment 0.59267% | 7100-000 | | 65.44 | 3,543.33 |
| 11/20/14 | 005016 | B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000003, Payment 0.59270% | 7100-000 | | 67.11 | 3,476.22 |
| 11/20/14 | 005017 | Discover Bank | Claim 000004, Payment 0.59267% | 7100-000 | | 78.53 | 3,397.69 |

Page Subtotals            0.00        21,687.82

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-18111 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ECKSTEIN, SCOTT J | Bank Name: | Associated Bank |
| | ECKSTEIN, JACQUELINE | Account Number / CD #: | *******5058 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7446 | | |
| For Period Ending: | 07/21/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/20/14 | 005018 | DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025<br>FIA CARD SERVICES, N.A.<br>Bank of America and MBNA America Bank<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000005, Payment 0.59271% | 7100-000 | | 108.00 | 3,289.69 |
| 11/20/14 | 005019 | FIA CARD SERVICES, N.A.<br>Bank of America and MBNA America Bank<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000006, Payment 0.59270% | 7100-000 | | 197.14 | 3,092.55 |
| * 11/20/14 | 005020 | Tribecca Marble & Granite<br>16114 S. Rte 59<br>Plainfield, IL 60586-2968 | Claim 000007, Payment 0.59266% | 7100-003 | | 218.10 | 2,874.45 |
| 11/20/14 | 005021 | Alexander Lumber Co.<br>Teller, Levit & Silvertrust, PC<br>11 E Adams St., 800<br>Chicago, IL 60603 | Claim 000008, Payment 0.59267% | 7100-000 | | 100.59 | 2,773.86 |
| 11/20/14 | 005022 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Claim 000009, Payment 0.59286%<br>Evergreen Oak Electric<br>13400 S. Cicero<br>Crestwood, IL | 7100-000 | | 3.89 | 2,769.97 |
| 11/20/14 | 005023 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000010, Payment 0.59267% | 7100-000 | | 22.53 | 2,747.44 |
| 11/20/14 | 005024 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Claim 000011, Payment 0.59268% | 7100-000 | | 81.73 | 2,665.71 |
| 11/20/14 | 005025 | Midland Funding LLC<br>By its authorized agent Recoser, LLC | Claim 000012, Payment 0.59267% | 7100-000 | | 98.80 | 2,566.91 |

Page Subtotals     0.00     830.78

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-18111 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ECKSTEIN, SCOTT J | Bank Name: | Associated Bank |
|  | ECKSTEIN, JACQUELINE | Account Number / CD #: | *******5058 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7446 | | |
| For Period Ending: | 07/21/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/20/14 | 005026 | 25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605<br>American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000013, Payment 0.59288% | 7100-000 | | 15.02 | 2,551.89 |
| 11/20/14 | 005027 | Fifth Third Bank<br>1830 East Paris<br>MD: RSCB3C<br>Kentwood, MI 49546 | Claim 000014, Payment 0.59269% | 7100-000 | | 742.16 | 1,809.73 |
| 11/20/14 | 005028 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 000015, Payment 0.59268% | 7100-000 | | 230.21 | 1,579.52 |
| 11/20/14 | 005029 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000017, Payment 0.59271% | 7100-000 | | 75.10 | 1,504.42 |
| 11/20/14 | 005030 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000018, Payment 0.59268% | 7100-000 | | 371.17 | 1,133.25 |
| 11/20/14 | 005031 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000019, Payment 0.59269% | 7100-000 | | 336.74 | 796.51 |
| 11/20/14 | 005032 | ProBuild North, LLC<br>Attorney Michael W Huseman<br>1999 W Downer Place<br>Aurora, IL 60506 | Claim 000020, Payment 0.59267% | 7100-000 | | 119.21 | 677.30 |

Page Subtotals   0.00   1,889.61

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 13)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-18111 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | ECKSTEIN, SCOTT J | | Bank Name: | Associated Bank |
| | ECKSTEIN, JACQUELINE | | Account Number / CD #: | *******5058 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7446 | | | |
| For Period Ending: | 07/21/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/20/14 | 005033 | Browns Carpentry & Woodworking<br>306 Center Pkwy<br>Yorkville, IL 60560 | Claim 000021, Payment 0.59268% | 7100-000 | | 206.40 | 470.90 |
| 11/20/14 | 005034 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000023, Payment 0.59270% | 7100-000 | | 254.75 | 216.15 |
| 11/20/14 | 005035 | American InfoSource LP as agent for<br>Asset Acceptance as assignee of<br>Bank of America<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000024, Payment 0.59268% | 7100-000 | | 89.91 | 126.24 |
| * 11/20/14 | 005036 | Ritzman Electric, Inc<br>Michael Ritzman<br>2770 Jenna Circle<br>Montgomery, IL 60538 | Claim 000025, Payment 0.59268% | 7100-003 | | 113.25 | 12.99 |
| 11/20/14 | 005037 | Lake Carroll Association<br>c/o Chuhak & Tecson<br>30 S. Wacker Dr., Ste 2600<br>Chicago, IL 60606 | Claim 000026, Payment 0.59261% | 7100-000 | | 12.99 | 0.00 |
| * 03/19/15 | 005014 | Harris N.A.<br>c/o Fred R. Harbecke<br>29 S. LaSalle, Suite 945<br>Chicago, IL 60603 | STOP PAYMENT REVERSAL<br>MANUAL STOP PAY ACCEPTANCE | 7100-004 | | -13,385.49 | 13,385.49 |
| 03/19/15 | 005038 | Harris N.A.<br>c/o Fred R. Harbecke<br>29 S. LaSalle, Suite 945<br>Chicago, IL 60603 | Claim 000001, Payment 0.59269% | 7100-000 | | 13,385.49 | 0.00 |
| * 04/14/15 | 005010 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. Box 19053 | State Unemployemnt Tax Max<br>State will not accept/returned -- turnover to | 5800-003 | | -144.94 | 144.94 |

Page Subtotals     0.00     532.36

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-18111 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | ECKSTEIN, SCOTT J | | Bank Name: | Associated Bank |
| | ECKSTEIN, JACQUELINE | | Account Number / CD #: | *******5058 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7446 | | | |
| For Period Ending: | 07/21/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 64338 | Wage-claimant Mulligan | | | | |
| * 04/14/15 | 005020 | Tribecca Marble & Granite<br>16114 S. Rte 59<br>Plainfield, IL 60586-2968 | Claim 000007, Payment 0.59266%<br>Creditor never received check | 7100-003 | | -218.10 | 363.04 |
| * 04/14/15 | 005036 | Ritzman Electric, Inc<br>Michael Ritzman<br>2770 Jenna Circle<br>Montgomery, IL 60538 | Claim 000025, Payment 0.59268%<br>Creditor shredded original check | 7100-003 | | -113.25 | 476.29 |
| 04/14/15 | 005039 | Tribecca Marble & Granite<br>16114 S. Rte 59<br>Plainfield, IL 60586-2968 | Claim 000007, Payment 0.59266% | 7100-000 | | 218.10 | 258.19 |
| 04/14/15 | 005040 | Ritzman Electric, Inc<br>Michael Ritzman<br>2770 Jenna Circle<br>Montgomery, IL 60538 | Claim 000025, Payment 0.59268% | 7100-000 | | 113.25 | 144.94 |
| 04/14/15 | 005041 | CLERK OF THE COURT<br>219 South Dearborn<br>Chicago, IL 60604 | Unclaimed/Returned by IDOR | 5800-000 | | 144.94 | 0.00 |
| 04/16/15 | | U.S. Treasury<br>Kansas City, MO. | | 1224-000 | 102.94 | | 102.94 |
| 06/02/15 | 005042 | Harris N.A.<br>c/o Fred R. Harbecke<br>29 S. LaSalle, Suite 945<br>Chicago, IL 60603 | Claim 000001, Payment 0.00359% | 7100-000 | | 81.07 | 21.87 |
| 06/02/15 | 005043 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Claim 000002, Payment 0.00353%<br>Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | 7100-000 | | 0.39 | 21.48 |
| 06/02/15 | 005044 | United States Bankruptcy Court<br>Joliet City Hall | Claim 000003, Payment 0.00362%<br>B-Line, LLC | 7100-000 | | 0.41 | 21.07 |

Page Subtotals 102.94 226.81

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-18111 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ECKSTEIN, SCOTT J | Bank Name: | Associated Bank |
|  | ECKSTEIN, JACQUELINE | Account Number / CD #: | *******5058 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7446 |  |  |
| For Period Ending: | 07/21/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | 150 West Jefferson Street, 2nd Fl<br>Joliet, IL | MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |  |  |  |  |
| 06/02/15 | 005045 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Claim 000004, Payment 0.00362%<br>Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | 7100-000 |  | 0.48 | 20.59 |
| 06/02/15 | 005046 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Claim 000005, Payment 0.00357%<br>FIA CARD SERVICES, N.A.<br>Bank of America and MBNA America Bank<br>PO Box 15102<br>Wilmington, DE 19886-5102 | 7100-000 |  | 0.65 | 19.94 |
| 06/02/15 | 005047 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Claim 000006, Payment 0.00358%<br>FIA CARD SERVICES, N.A.<br>Bank of America and MBNA America Bank<br>PO Box 15102<br>Wilmington, DE 19886-5102 | 7100-000 |  | 1.19 | 18.75 |
| 06/02/15 | 005048 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Claim 000007, Payment 0.00361%<br>Tribecca Marble & Granite<br>16114 S. Rte 59<br>Plainfield, IL 60586-2968 | 7100-000 |  | 1.33 | 17.42 |
| 06/02/15 | 005049 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Claim 000008, Payment 0.00365%<br>Alexander Lumber Co.<br>Teller, Levit & Silvertrust, PC<br>11 E Adams St., 800<br>Chicago, IL 60603 | 7100-000 |  | 0.62 | 16.80 |
| 06/02/15 | 005050 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl | Claim 000009, Payment 0.00305%<br>Evergreen Oak Electric<br>13400 S. Cicero | 7100-000 |  | 0.02 | 16.78 |

Page Subtotals        0.00        4.29

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-18111 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ECKSTEIN, SCOTT J | Bank Name: | Associated Bank |
|  | ECKSTEIN, JACQUELINE | Account Number / CD #: | *******5058  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7446 |  |  |
| For Period Ending: | 07/21/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | Joliet, IL | Crestwood, IL |  |  |  |  |
| 06/02/15 | 005051 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Claim 000010, Payment 0.00368%<br>Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 7100-000 |  | 0.14 | 16.64 |
| 06/02/15 | 005052 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Claim 000011, Payment 0.00363%<br>Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | 7100-000 |  | 0.50 | 16.14 |
| 06/02/15 | 005053 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Claim 000012, Payment 0.00360%<br>Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | 7100-000 |  | 0.60 | 15.54 |
| 06/02/15 | 005054 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Claim 000013, Payment 0.00316%<br>American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 7100-000 |  | 0.08 | 15.46 |
| 06/02/15 | 005055 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Claim 000014, Payment 0.00359%<br>Fifth Third Bank<br>1830 East Paris<br>MD: RSCB3C<br>Kentwood, MI 49546 | 7100-000 |  | 4.49 | 10.97 |
| 06/02/15 | 005056 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Claim 000015, Payment 0.00360%<br>Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | 7100-000 |  | 1.40 | 9.57 |
| 06/02/15 | 005057 | United States Bankruptcy Court | Claim 000017, Payment 0.00355% | 7100-000 |  | 0.45 | 9.12 |

Page Subtotals        0.00        7.66

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 9
Exhibit 9

| Case No: | 11-18111 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | ECKSTEIN, SCOTT J | | Bank Name: | Associated Bank |
| | ECKSTEIN, JACQUELINE | | Account Number / CD #: | *******5058 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7446 | | | |
| For Period Ending: | 07/21/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | | | |
| 06/02/15 | 005058 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Claim 000018, Payment 0.00359%<br>American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 7100-000 | | 2.25 | 6.87 |
| 06/02/15 | 005059 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Claim 000019, Payment 0.00359%<br>American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 7100-000 | | 2.04 | 4.83 |
| 06/02/15 | 005060 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Claim 000020, Payment 0.00358%<br>ProBuild North, LLC<br>Attorney Michael W Huseman<br>1999 W Downer Place<br>Aurora, IL 60506 | 7100-000 | | 0.72 | 4.11 |
| 06/02/15 | 005061 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Claim 000021, Payment 0.00359%<br>Browns Carpentry & Woodworking<br>306 Center Pkwy<br>Yorkville, IL 60560 | 7100-000 | | 1.25 | 2.86 |
| 06/02/15 | 005062 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Claim 000023, Payment 0.00358%<br>American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 7100-000 | | 1.54 | 1.32 |
| 06/02/15 | 005063 | United States Bankruptcy Court<br>Joliet City Hall | Claim 000024, Payment 0.00363%<br>American InfoSource LP as agent for | 7100-000 | | 0.55 | 0.77 |

Page Subtotals   0.00   8.35

Ver: 18.04

FORM 2

Page: 10

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-18111 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | ECKSTEIN, SCOTT J | | Bank Name: | Associated Bank |
| | ECKSTEIN, JACQUELINE | | Account Number / CD #: | *******5058 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7446 | | | |
| For Period Ending: | 07/21/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/02/15 | 005064 | 150 West Jefferson Street, 2nd Fl<br>Joliet, IL<br><br>United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Asset Acceptance as assignee of<br>Bank of America<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br>Claim 000025, Payment 0.00361%<br>Ritzman Electric, Inc<br>Michael Ritzman<br>2770 Jenna Circle<br>Montgomery, IL 60538 | 7100-000 | | 0.69 | 0.08 |
| 06/02/15 | 005065 | United States Bankruptcy Court<br>Joliet City Hall<br>150 West Jefferson Street, 2nd Fl<br>Joliet, IL | Claim 000026, Payment 0.00365%<br>Lake Carroll Association<br>c/o Chuhak & Tecson<br>30 S. Wacker Dr., Ste 2600<br>Chicago, IL 60606 | 7100-000 | | 0.08 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 125,102.94 | 125,102.94 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 125,102.94 | 125,102.94 | |
| Less: Payments to Debtors | | 30,000.00 | |
| Net | 125,102.94 | 95,102.94 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********5058) | 125,102.94 | 95,102.94 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 125,102.94 | 95,102.94 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.77

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

FORM 2

Page: 11

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-18111 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ECKSTEIN, SCOTT J | Bank Name: | Associated Bank |
| | ECKSTEIN, JACQUELINE | Account Number / CD #: | *******5058  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7446 | | |
| For Period Ending: | 07/21/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 20)*